# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:　　　　　　　　　　　　　　　　　　CASE NO. 14-00715-JCO

EASTERN SHORE HOSPITALITY
AND DESIGN, LLC, DEBTOR,　　　　　　　　CHAPTER 7
And

EASTERN SHORE HOSPITALITY　　　　　　　PLAINTIFF
AND DESIGN, LLC,

V.　　　　　　　　　　　　　　　　　　　　ADVERSARY NO. 20-01016

TWIN PEAKS, LLC, JANKU, INC.
A.B.N.K., INC., PINEBELT HOTELS, INC.
LAUREL HOTELS I, INC., HATTIESBURG
HOTELS, INC., B&K MANAGEMENT, INC.,
ELLISVILLE HOSPITALITY, INC.,
AND GULFPORT ENTERPRISES, INC.　　　　DEFENDANTS

## NOTICE OF SPECIAL APPEARANCE

COMES NOW A. Richard Maples, Jr. and enters his Notice of Special Appearance as counsel for Twin Peaks, LLC and specifically reserves all defenses including defenses as to jurisdiction and venue.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Maples, Jr.
　　　　　　　　　　　　　　　　　　　　A. RICHARD MAPLES, JR.
　　　　　　　　　　　　　　　　　　　　P.O. Box 1281
　　　　　　　　　　　　　　　　　　　　Mobile, AL 36633
　　　　　　　　　　　　　　　　　　　　(251) 445-2082
　　　　　　　　　　　　　　　　　　　　(251) 432-3629 (Fax)
　　　　　　　　　　　　　　　　　　　　armaples@maplesfontenot.com

## CERTIFICATE OF SERVICE

I, the undersigned Attorney, hereby certify that I have served a copy of the foregoing pleading upon all parties by US Mail or electronic noticing on this the 11th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Maples, Jr.
　　　　　　　　　　　　　　　　　　　　A. RICHARD MAPLES, JR.