IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 14-00715-JCO |
| EASTERN SHORE HOSPITALITY | * | |
| AND DESIGN, LLC | * | CHAPTER 7 |
| | * | |
| Debtor | * | |

_____/

KAREN WARD, et al.,
Plaintiff/Counter-Defendant,

v.     ADVERSARY NO.: 20-01016

TWIN PEAKS, LLC, et al.,
Defendants,

AND

LAUREL HOTELS I, LLC,
Defendant/Counter-Plaintiff,

v.

EASTERN SHORE HOSPITALITY &
DESIGN, LLC., et al.
Plaintiffs/Counter-Defendants.

## ORDER APPROVING JOINT APPLICATION TO COMPROMISE CONTROVERSY

This matter came before the Court on the Joint Application to Approve Compromise (the "Application") filed by Karen Ward, as sole equity holder of the Debtor, Eastern Shore Hospitality and Design, LLC and Defendants' Janku, Inc., A.B.N.K., Inc., Pinebelt Hotels, Inc., Laurel Hotels I, Inc., Hattiesburg Hotels, Inc., B & K Management, Inc., and Ellisville Hospitality, Inc. (doc. 193). Upon consideration of the pleadings, the record and the statements

of the parties and their counsel, the Court finds there is no objection to the Application and good and reasonable grounds exists for the issuance of this Order.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Joint Application to Compromise Controversy and Claims (doc. 193) is GRANTED. It is further ORDERED as follows:

1. The Trustee shall disburse to Defendants' principal, Mr. Bharat B. Patel, $9,500.00 in funds from the Estate as soon practicable.

2. Such payment shall constitute satisfaction of Defendants' amended proof of claim (ECF 3-2) and the allegations set forth in Defendants' counterclaim.

3. Upon the disbursement of $9,500.00 to Mr. Bharat B. Patel, the above styled Adversary Proceeding shall be dismissed with prejudice.

Dated: August 11, 2020

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE